# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-1696
_____

Chad Bennett

*Plaintiff - Appellant*

v.

Joseph Mrstik, Police Chief, City Manager; City of Pleasantville, Iowa; Brian Bigaouette, Deputy Sheriff; Marion County Sheriff's Department

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: April 23, 2024
Filed: April 29, 2024
[Unpublished]
_____

Before GRUENDER, ERICKSON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Chad Bennett appeals following the district court's[1] dismissal of his civil rights complaint related to the investigation and prosecution of Bennett on state criminal charges. We grant appellees' motion requesting that we take judicial notice of certain filings in the criminal case. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.